### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:

**CELEBRATION TITLE GROUP, LLC,**

**Debtor.**
_____/

**CASE NO. 6:24-bk-04600-LVV**
**CHAPTER 11**

*Subchapter V Election*

### NOTICE OF FILING

    **CELEBRATION TITLE GROUP, LLC,** ("Debtor"), by and through its undersigned counsel, hereby files the following copies of Debtor's most recent financial documents, that are unaudited and subject to revision:

1.    2021 Filed Tax Return

2.    Profit and Loss Statement for the period of January-December 2023.

3.    Balance Sheet as of December 31, 2023

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true copy of the foregoing has been furnished either electronically and/or by U.S. First Class, postage prepaid overnight mail to: **Celebration Title Group LLC.**, 950 Celebration Blvd., Ste. D, Kissimmee, Florida 34747; all parties entitled to receive electronic noticing via CM/ECF; and the **U.S. Trustee,** George C. Young Federal Building, 400 West Washington Street, Ste. 1100, Orlando, FL 32801, this 29th day of August, 2024.

*/s/ Justin M. Luna*        
**Justin M. Luna, Esq.**
Florida Bar No. 0037131
jluna@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Fax: 407-481-5800
*Attorney for the Debtor*

1

CELE9130 08/28/2023 9:17 AM

| Form **1120-S** | | **U.S. Income Tax Return for an S Corporation**<br>◆ Do not file this form unless the corporation has filed or<br>is attaching Form 2553 to elect to be an S corporation.<br>◆ Go to *www.irs.gov/Form1120S* for instructions and the latest information. | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | | | **2021** |

For calendar year 2021 or tax year beginning _____ , ending _____

| **A** S election effective date<br>01/01/17 | TYPE<br>OR<br>PRINT | Name<br>CELEBRATION TITLE GROUP LLC | **D** Employer identification number<br>81-1819130 |
|---|---|---|---|
| **B** Business activity code<br>number (see instructions)<br>531390 | | Number, street, and room or suite no. If a P.O. box, see instructions.<br>950 CELEBRATION BLVD, STE D | **E** Date incorporated<br>01/01/2017 |
| **C** Check if Sch. M-3<br>attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code<br>CELEBRATION                FL 34747 | **F** Total assets (see instructions)<br>$ 8,017,530 |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions.   ☐ Yes   ☒ No

**H** Check if: **(1)** ☐ Final return   **(2)** ☐ Name change   **(3)** ☐ Address change   **(4)** ☐ Amended return   **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year .................................................. ◆ 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes   **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | | **1a** | 4,613,653 | |
| | **b** Returns and allowances | | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a | | | **1c** | 4,613,653 |
| | **2** Cost of goods sold (attach Form 1125-A) | | | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c | | | **3** | 4,613,653 |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | | **4** | |
| | **5** Other income (loss) (see instructions—attach statement) | | | **5** | |
| | **6** Total income (loss). Add lines 3 through 5 | | ◆ | **6** | 4,613,653 |
| **Deductions (see instructions for limitations)** | **7** Compensation of officers (see instructions–attach Form 1125-E) | | | **7** | 115,208 |
| | **8** Salaries and wages (less employment credits) | | | **8** | 2,944,182 |
| | **9** Repairs and maintenance | | | **9** | 9,836 |
| | **10** Bad debts | | | **10** | |
| | **11** Rents | | | **11** | 42,936 |
| | **12** Taxes and licenses | | | **12** | 85,375 |
| | **13** Interest (see instructions) | | | **13** | 2,844 |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | **14** | 657 |
| | **15** Depletion (**Do not deduct oil and gas depletion.**) | | | **15** | |
| | **16** Advertising | | | **16** | 95,704 |
| | **17** Pension, profit-sharing, etc., plans | | | **17** | 144,393 |
| | **18** Employee benefit programs | | | **18** | 97,821 |
| | **19** Other deductions (attach statement) | SEE STMT 1 | | **19** | 949,736 |
| | **20** Total deductions. Add lines 7 through 19 | | ◆ | **20** | 4,488,692 |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 | | | **21** | 124,961 |
| **Tax and Payments** | **22a** Excess net passive income or LIFO recapture tax (see instructions) | **22a** | | | |
| | **b** Tax from Schedule D (Form 1120-S) | **22b** | | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) | | | **22c** | |
| | **23a** 2021 estimated tax payments and 2020 overpayment credited to 2021 | **23a** | | | |
| | **b** Tax deposited with Form 7004 | **23b** | | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | | |
| | **d** Add lines 23a through 23c | | | **23d** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached | | ◆ ☐ | **24** | |
| | **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | | **25** | |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | | **26** | |
| | **27** Enter amount from line 26: Credited to 2022 estimated tax ◆ | | Refunded ◆ | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | AMANDA DOUGLAS | Date | Title | PRESIDENT | May the IRS discuss this return with the preparer shown below? See instructions.  ☒ Yes  ☐ No |
|---|---|---|---|---|---|

| **Paid Preparer Use Only** | Print/Type preparer's name<br>MATTHEW L BELL, CPA | Preparer's signature<br>MATTHEW L BELL, CPA | Date<br>06/28/23 | Check ☐ if<br>self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ◆ HARDING BELL INTERNATIONAL, INC. | | | Firm's EIN ◆ 59-3672993 | |
| | Firm's address ◆ 113 PONTOTOC PLAZA<br>AUBURNDALE, FL    33823-3439 | | | Phone no. 863-968-1010 | |

For Paperwork Reduction Act Notice, see separate instructions.

DAA

Form **1120-S** (2021)

CELE9130 08/28/2023 9:17 AM

Form 1120-S (2021)    CELEBRATION TITLE GROUP LLC                81-1819130                              Page 2

## Schedule B    Other Information (see instructions)

|   |  |  |  | Yes | No |
|---|---|---|---|---|---|
| 1 | Check accounting method:    a [X] Cash    b [ ] Accrual | | | | |
|   | c [ ] Other (specify) ◆ ........ | | | | |
| 2 | See the instructions and enter the: | | | | |
|   | a Business activity ◆ REAL ESTATE      b Product or service ◆ TITLE COMPANY | | | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a | | | | |
|   | nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | | | X |
| 4 | At the end of the tax year, did the corporation: | | | | |
|   | a Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any | | | | |
|   | foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) | | | | |
|   | below | | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|   |  |  |  | Yes | No |
|---|---|---|---|---|---|
|   | b Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or | | | | |
|   | capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a | | | | |
|   | trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|   |  | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
|   | If "Yes," complete lines (i) and (ii) below. | | |
|   | (i) Total shares of restricted stock   ◆ | | |
|   | (ii) Total shares of non-restricted stock   ◆ | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
|   | If "Yes," complete lines (i) and (ii) below. | | |
|   | (i) Total shares of stock outstanding at the end of the tax year   ◆ | | |
|   | (ii) Total shares of stock outstanding if all instruments were executed   ◆ | | |
| 6 | Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide | | |
|   | information on any reportable transaction? | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ............ ◆ [ ] | | |
|   | If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount | | |
|   | Instruments. | | |
| 8 | If the corporation (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a | | |
|   | basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, and | | |
|   | (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in | | |
|   | gain reduced by net recognized built-in gain from prior years. See instructions   ◆ $ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business | | |
|   | in effect during the tax year? See instructions | | X |
| 10 | Does the corporation satisfy one or more of the following? See instructions | | X |
|   | a The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
|   | b The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years | | |
|   | preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
|   | c The corporation is a tax shelter and the corporation has business interest expense. | | |
|   | If "Yes," complete and attach Form 8990. | | |
| 11 | Does the corporation satisfy both of the following conditions? | | X |
|   | a The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
|   | b The corporation's total assets at the end of the tax year were less than $250,000. | | |
|   | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

Form 1120-S (2021)

DAA

CELE9130 06/28/2023 9:17 AM

| Form 1120-S (2021) | CELEBRATION TITLE GROUP LLC | 81-1819130 | | Page 3 |
|---|---|---|---|---|

## Schedule B   Other Information (see instructions) *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | X |
| | If "Yes," enter the amount of principal reduction ◆ $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | | X |
| 14a | Did the corporation make any payments in 2021 that would require it to file Form(s) 1099? | | | X |
| b | If "Yes," did the corporation file or will it file required Forms 1099? | | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ◆ $ | | | |

## Schedule K   Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | 124,961 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income | 4 | |
| | 5 | Dividends: a Ordinary dividends | 5a | |
| | | b Qualified dividends | 5b | | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 | Other income (loss) (see instructions)     Type ◆ | 10 | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) | 11 | |
| | 12a | Charitable contributions     SEE STMT 2 | 12a | 817 |
| | b | Investment interest expense | 12b | |
| | c | Section 59(e)(2) expenditures     Type ◆ | 12c | |
| | d | Other deductions (see instructions)     Type ◆ | 12d | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| | b | Low-income housing credit (other) | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d | Other rental real estate credits (see instructions)     Type ◆ | 13d | |
| | e | Other rental credits (see instructions)     Type ◆ | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | 13f | |
| | g | Other credits (see instructions)     Type ◆ | 13g | |
| International Transactions | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance     ◆ ☐ | | |
| Alternative Minimum Tax (AMT) Items | 15a | Post-1986 depreciation adjustment | 15a | |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties – gross income | 15d | |
| | e | Oil, gas, and geothermal properties – deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| Items Affecting Shareholder Basis | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | 72,110 |
| | d | Distributions (attach statement if required) (see instructions) | 16d | 28,802 |
| | e | Repayment of loans from shareholders | 16e | |
| | f | Foreign taxes paid or accrued | 16f | |

Form **1120-S** (2021)

DAA

CELE9130 06/28/2023 9:17 AM

| Form 1120-S (2021) | CELEBRATION TITLE GROUP LLC | 81-1819130 | | Page 4 |
|---|---|---|---|---|

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | | Total amount |
|---|---|---|---|---|
| **Other Information** | 17a Investment income | | 17a | |
| | b Investment expenses | | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | | 17c | |
| | d Other items and amounts (attach statement)   SEE STATEMENT 3 | | | |
| **Recon-ciliation** | 18 Income (loss) reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | | 18 | 124,144 |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 6,802,403 | | 7,972,663 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement)   STMT 4 | | 80,627 | | |
| 7 | Loans to shareholders | | 223,551 | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 36,703 | | 36,703 | |
| b | Less accumulated depreciation | 12,611 | 24,092 | 13,268 | 23,435 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement)   STMT 5 | | 21,432 | | 21,432 |
| 15 | Total assets | | 7,152,105 | | 8,017,530 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current labilities (attach statement)   STMT 6 | | 7,185,462 | | 8,029,117 |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 159,900 | | 158,438 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | -193,257 | | -170,025 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 7,152,105 | | 8,017,530 |

Form **1120-S** (2021)

DAA

CELE9130 06/28/2023 9.17 AM

Form 1120-S (2021)   CELEBRATION TITLE GROUP LLC            81-1819130            Page 5

**Schedule M-1**   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 52,034 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | | a Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 16f, not charged against book income this year (itemize): | |
| a | Depreciation $ | | | a Depreciation $ | |
| b | Travel and entertainment $   72,110 | | | | |
| | | 72,110 | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | 124,144 | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 124,144 |

**Schedule M-2**   Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -171,522 | | | |
| 2 | Ordinary income from page 1, line 21 | 124,961 | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 21 | ( ) | | | |
| 5 | Other reductions   STMT 7 | ( 72,927) | | | ( ) |
| 6 | Combine lines 1 through 5 | -119,488 | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -119,488 | | | |

Form **1120-S** (2021)

DAA

CELE9130 06/28/2023 9:17 AM

671121

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2021**
For calendar year 2021, or tax year

beginning _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** " See separate Instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| Box | Description | Box | Description |
|---|---|---|---|
| 1 | Ordinary business income (loss) **124,961** | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked ............ " ☐ |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 | Items affecting shareholder basis **C\*  72,110** |
| 10 | Other income (loss) | | **D  28,802** |
| | | 17 | Other information **V\*  STMT** |
| 11 | Section 179 deduction | | **AC\*  STMT** |
| 12 | Other deductions **A  817** | | |

**Part I   Information About the Corporation**

**A** Corporation's employer identification number
81-1819130

**B** Corporation's name, address, city, state, and ZIP code
CELEBRATION TITLE GROUP LLC

950 CELEBRATION BLVD, STE D
CELEBRATION          FL  34747

**C** IRS Center where corporation filed return
E-FILE

**D** Corporation's total number of shares
Beginning of tax year ........................... 100
End of tax year ................................. 100

**Part II   Information About the Shareholder**

**E** Shareholder's identifying number

**F** Shareholder's name, address, city, state, and ZIP code
AMANDA C. DOUGLAS
7910 SOUTHWIND CT

ORLANDO          FL  32819

**G** Current year allocation percentage .......... 100.000000 %

**H** Shareholder's number of shares
Beginning of tax year ........................... 100
End of tax year ................................. 100

**I** Loans from shareholder
Beginning of tax year .............. $ _____ 0
End of tax year .................... $ _____ 0

For IRS Use Only

| 18 | More than one activity for at-risk purposes* |
| 19 | More than one activity for passive activity purposes* |

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.   www.irs.gov/Form1120S                    Schedule K-1 (Form 1120-S) 2021
DAA

CELE9130 05/28/2023 9:17 AM

| Form **1125-E** | **Compensation of Officers** | |
|---|---|---|
| (Rev. October 2016) | ◆ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S. | OMB No. 1545-0123 |
| Department of the Treasury<br>Internal Revenue Service | ◆ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*. | |

| Name | Employer Identification number |
|---|---|
| CELEBRATION TITLE GROUP LLC | 81-1819130 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 AMANDA C. DOUGLAS | | 100.000 % | 100.000 % | % | 115,208 |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** | Total compensation of officers | **2** | 115,208 |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | **4** | 115,208 |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

DAA

CELE9130 06/28/2023 9:17 AM

## Section 199A Information Worksheet

| Form **1120-S** | | **2021** |
|---|---|---|

For calendar year 2021 or tax year beginning _____ , ending _____

Name

**CELEBRATION TITLE GROUP LLC**

Employer Identification Number

**81-1819130**

| | Activity Description | Pass-Through Entity EIN | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| Column A | PAGE 1 ACTIVITY | | ☐ | ☐ | ☐ |
| Column B | | | ☐ | ☐ | ☐ |
| Column C | | | ☐ | ☐ | ☐ |
| Column D | | | ☐ | ☐ | ☐ |
| Column E | | | ☐ | ☐ | ☐ |

| QBI or Qualified PTP items: | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| Ordinary business income (loss) | 124,961 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalty income (loss) | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| W-2 wages | 3,059,390 | | | | |
| Qualified property | 36,703 | | | | |

**Other Information:**

QBI allocable to cooperative pmts received

W-2 wages allocable to qualified payments

Section 199A(g) deduction

**Section 199A REIT dividends**

CELE9130  CELEBRATION TITLE GROUP LLC                              6/28/2023  9:17 AM
81-1819130                      **Federal Statements**
FYE: 12/31/2021

### Statement 1 - Form 1120-S, Page 1, Line 19 - Other Deductions

| Description | Amount |
|---|---:|
| AUTO & TRUCK EXPENSE | $ 19,676 |
| BANK FEES | 10,860 |
| BUSINESS GIFTS | 13,583 |
| COMPUTER & INTERNET | 47,399 |
| CONTRACT SERVICES | 16,040 |
| DUES & SUBSCRIPTIONS | 50,196 |
| EQUIPMENT LEASE | 2,030 |
| INSURANCE - OTHER | 1,500 |
| LEGAL & ACCOUNTING | 6,307 |
| MARKETING | 76,924 |
| MISC OTHER EXPENSES | 968 |
| OFFICE SUPPLIES & EXPENSE | 96,063 |
| PAYPAL FEES | 6,763 |
| PAYROLL PROCESSING FEES | 3,995 |
| POSTAGE & SHIPPING | 144,810 |
| RECORDING COSTS | 2,266 |
| SECURITY | 4,977 |
| SOFTWARE | 142,561 |
| STATIONARY & PRINTING | 1,807 |
| SUPPLIES | 70,189 |
| TELEPHONE | 13,193 |
| TRAINING & EDUCATION | 31,731 |
| TRAVEL | 58,005 |
| UTILITIES | 6,362 |
| VENMO FEES | 3,412 |
| 100% OF MEALS | 118,119 |
| TOTAL | $ 949,736 |

### Statement 2 - Form 1120-S, Page 3, Schedule K, Line 12a - Cash Contributions

| Description | Cash Contrib 60% | Cash Contrib 30% | Qualified Cash Contrib | Total |
|---|---:|---:|---:|---:|
| CASH CONTRIBUTIONS | $ 817 | $ | $ | $ 817 |
| TOTAL | $ 817 | $ 0 | $ 0 | $ 817 |

### Statement 3 - Form 1120-S, Page 4, Schedule K, Line 17d - Other Items and Amounts

| Description | Amount |
|---|---|
| SECTION 199A INFORMATION - SEE ATTACHED WRK | $ |

### Statement 4 - Form 1120-S, Page 4, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---:|---:|
| DUE FROM AIT | $ 80,627 | $ |
| TOTAL | $ 80,627 | $ 0 |

CELE9130 CELEBRATION TITLE GROUP LLC
81-1819130
FYE: 12/31/2021

**Federal Statements**

6/28/2023 9:17 AM

## Statement 5 - Form 1120-S, Page 4, Schedule L, Line 14 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| SECURITY DEPOSIT | $ 21,432 | $ 21,432 |
| TOTAL | $ 21,432 | $ 21,432 |

## Statement 6 - Form 1120-S, Page 4, Schedule L, Line 18 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| CREDIT CARD PAYABLE | $ 129,257 | $ |
| DUE TO HBN TITLE | 634,671 | 634,671 |
| ESCROW LIABILITY | 6,421,534 | 7,394,446 |
| TOTAL | $ 7,185,462 | $ 8,029,117 |

## Statement 7 - Form 1120-S, Page 5, Schedule M-2, Line 5(a) - Other Reductions

| Description | Amount |
|---|---|
| TRAVEL & ENTERTAINMENT | $ 72,110 |
| CHARITABLE CONTRIBUTIONS | 817 |
| TOTAL | $ 72,927 |

CELE9130  CELEBRATION TITLE GROUP LLC
81-1819130
FYE: 12/31/2021

**Federal Statements**
**AMANDA C. DOUGLAS**

6/28/2023  9:17 AM

## Schedule K-1, Box 16, Code C - Nondeductible Expenses

| Description | Shareholder Amount |
|---|---|
| ENTERTAINMENT | $      72,110 |
| TOTAL | $      72,110 |

## Schedule K-1, Box 17, Code AC - Gross Receipts for Section 448(c)

| Description | Shareholder Amount |
|---|---|
| 8990  GROSS RECEIPTS FOR 2020 | 5,229,969 |

CELE9130 06/28/2023 9:17 AM

| Form **1120-S** Schedule K-1 | Schedule K-1, Box 17, Code V Shareholder's Section 199A Information | **2021** |
|---|---|---|
| | For calendar year 2021 or tax year beginning , ending | |

| Name CELEBRATION TITLE GROUP LLC AMANDA C. DOUGLAS | Taxpayer Identification Number 81-1819130 |
|---|---|

| | **Activity Description** | Pass-Through Entity EIN | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| Column A | PAGE 1 ACTIVITY | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| QBI or Qualified PTP items: | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| Ordinary business income (loss) | 124,961 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalty income (loss) | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| W-2 wages | 3,059,390 | | | | |
| Qualified property | 36,703 | | | | |

Other Information:

    QBI allocable to cooperative pmts received

    W-2 wages allocable to qualified payments

    Section 199A(g) deduction

Section 199A REIT dividends

CELE9130  CELEBRATION TITLE GROUP LLC
81-1819130
FYE: 12/31/2021

**Federal Asset Report**
Form 1120-S, Page 1

06/28/2023  9:17 AM

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|-------|-------------|-----------------|------|-------|---------|-------|----------------|-----|------|------|-------|---------|
| **Prior MACRS:** | | | | | | | | | | | | |
| 1 | ASHLEY OFFICE FURNITURE | 6/12/19 | 2,931 | | | X | 0 | 7 | | HY 200DB | 2,931 | 0 |
| 2 | WAYFAIR FURNITURE | 6/13/19 | 2,616 | | | X | 0 | 7 | | HY 200DB | 2,616 | 0 |
| 3 | ASHLEY OFFICE FURNITURE | 6/13/19 | 2,930 | | | X | 0 | 7 | | HY 200DB | 2,930 | 0 |
| 4 | MISC OFFICE FURNITURE | 6/27/18 | 2,600 | | | X | 0 | 7 | | HY 200DB | 2,600 | 0 |
| 5 | OFFICE FLOORING | 6/27/18 | 4,208 | | | | 4,208 | 39 | MM | S/L | 274 | 108 |
| 6 | FLOORING INSTALL | 7/09/18 | 5,304 | | | | 5,304 | 39 | MM | S/L | 334 | 136 |
| 7 | FLOORING INSTALL | 10/18/18 | 9,560 | | | | 9,560 | 39 | MM | S/L | 541 | 245 |
| 8 | FLOORING | 9/25/18 | 6,554 | | | | 6,554 | 39 | MM | S/L | 385 | 168 |
| | | | 36,703 | | | | 25,626 | | | | 12,611 | 657 |
| | **Grand Totals** | | 36,703 | | | | 25,626 | | | | 12,611 | 657 |
| | **Less: Dispositions and Transfers** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Less: Start-up/Org Expense** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 36,703 | | | | 25,626 | | | | 12,611 | 657 |

CELE9130  CELEBRATION TITLE GROUP LLC                                          06/28/2023  9:17 AM
81-1819130                    **Bonus Depreciation Report**
FYE: 12/31/2021                   **Form 1120-S, Page 1**

| Asset | Property  Description | Date In Service | Tax Cost | Bus Pct | Tax Sec 179 Exp | Current Bonus | Prior Bonus | Tax - Basis for Depr |
|---|---|---|---|---|---|---|---|---|
| 1 | ASHLEY OFFICE FURNITURE | 6/12/19 | 2,931 | | 0 | 0 | 2,931 | 0 |
| 2 | WAYFAIR FURNITURE | 6/13/19 | 2,616 | | 0 | 0 | 2,616 | 0 |
| 3 | ASHLEY OFFICE FURNITURE | 6/13/19 | 2,930 | | 0 | 0 | 2,930 | 0 |
| 4 | MISC OFFICE FURNITURE | 6/27/18 | 2,600 | | 0 | 0 | 2,600 | 0 |
| | **Grand Total** | | 11,077 | | 0 | 0 | 11,077 | 0 |

CELE9130  CELEBRATION TITLE GROUP LLC
81-1819130
FYE: 12/31/2021

# Qualified Property Report
## Form 1120-S, Page 1

06/28/2023  9:17 AM

| Asset | Property Description | Date In Service | Tax Cost | Bus Pct | Qualified Property |
|---|---|---|---|---|---|
| 1 | ASHLEY OFFICE FURNITURE | 6/12/19 | 2,931 | 100.00 | 2,931 |
| 2 | WAYFAIR FURNITURE | 6/13/19 | 2,616 | 100.00 | 2,616 |
| 3 | ASHLEY OFFICE FURNITURE | 6/13/19 | 2,930 | 100.00 | 2,930 |
| 4 | MISC OFFICE FURNITURE | 6/27/18 | 2,600 | 100.00 | 2,600 |
| 5 | OFFICE FLOORING | 6/27/18 | 4,208 | 100.00 | 4,208 |
| 6 | FLOORING INSTALL | 7/09/18 | 5,304 | 100.00 | 5,304 |
| 7 | FLOORING INSTALL | 10/18/18 | 9,560 | 100.00 | 9,560 |
| 8 | FLOORING | 9/25/18 | 6,554 | 100.00 | 6,554 |
| | **Grand Total** | | 36,703 | | 36,703 |

CELE9130  CELEBRATION TITLE GROUP LLC
81-1819130
FYE: 12/31/2021

**AMT Asset Report**
**Form 1120-S, Page 1**

06/28/2023  9:17 AM

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|-------|-------------|-----------------|------|-------|---------------|----------------|-----|------|------|-------|---------|
| **Prior MACRS:** | | | | | | | | | | | |
| 1 | ASHLEY OFFICE FURNITURE | 6/12/19 | 2,931 | | X | 0 | 7 | HY | 200DB | 2,931 | 0 |
| 2 | WAYFAIR FURNITURE | 6/13/19 | 2,616 | | X | 0 | 7 | HY | 200DB | 2,616 | 0 |
| 3 | ASHLEY OFFICE FURNITURE | 6/13/19 | 2,930 | | X | 0 | 7 | HY | 200DB | 2,930 | 0 |
| 4 | MISC OFFICE FURNITURE | 6/27/18 | 2,600 | | X | 0 | 7 | HY | 200DB | 2,600 | 0 |
| 5 | OFFICE FLOORING | 6/27/18 | 4,208 | | | 4,208 | 39 | MM | S/L | 274 | 108 |
| 6 | FLOORING INSTALL | 7/09/18 | 5,304 | | | 5,304 | 39 | MM | S/L | 334 | 136 |
| 7 | FLOORING INSTALL | 10/18/18 | 9,560 | | | 9,560 | 39 | MM | S/L | 541 | 245 |
| 8 | FLOORING | 9/25/18 | 6,554 | | | 6,554 | 39 | MM | S/L | 385 | 168 |
| | | | 36,703 | | | 25,626 | | | | 12,611 | 657 |
| | **Grand Totals** | | 36,703 | | | 25,626 | | | | 12,611 | 657 |
| | **Less: Dispositions and Transfers** | | 0 | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 36,703 | | | 25,626 | | | | 12,611 | 657 |

CELE9130  CELEBRATION TITLE GROUP LLC                                    06/28/2023  9:17 AM
81-1819130                    **Depreciation Adjustment Report**
FYE: 12/31/2021                   **All Business Activities**

| Form | Unit | Asset | Description | Tax | AMT | AMT Adjustments/ Preferences |
|------|------|-------|-------------|-----|-----|------------------------------|
| **MACRS Adjustments:** | | | | | | |
| Page 1 | 1 | 1 | ASHLEY OFFICE FURNITURE | 0 | 0 | 0 |
| Page 1 | 1 | 2 | WAYFAIR FURNITURE | 0 | 0 | 0 |
| Page 1 | 1 | 3 | ASHLEY OFFICE FURNITURE | 0 | 0 | 0 |
| Page 1 | 1 | 4 | MISC OFFICE FURNITURE | 0 | 0 | 0 |
| Page 1 | 1 | 5 | OFFICE FLOORING | 108 | 108 | 0 |
| Page 1 | 1 | 6 | FLOORING INSTALL | 136 | 136 | 0 |
| Page 1 | 1 | 7 | FLOORING INSTALL | 245 | 245 | 0 |
| Page 1 | 1 | 8 | FLOORING | 168 | 168 | 0 |
| | | | | 657 | 657 | 0 |

CELE9130  CELEBRATION TITLE GROUP LLC                                              06/28/2023  9:17 AM
81-1819130        **Future Depreciation Report    FYE: 12/31/22**
FYE: 12/31/2021                           **Form 1120-S, Page 1**

| Asset | Description | Date In Service | Cost | Tax | AMT |
|-------|-------------|-----------------|------|-----|-----|
| **Prior MACRS:** | | | | | |
| 1 | ASHLEY OFFICE FURNITURE | 6/12/19 | 2,931 | 0 | 0 |
| 2 | WAYFAIR FURNITURE | 6/13/19 | 2,616 | 0 | 0 |
| 3 | ASHLEY OFFICE FURNITURE | 6/13/19 | 2,930 | 0 | 0 |
| 4 | MISC OFFICE FURNITURE | 6/27/18 | 2,600 | 0 | 0 |
| 5 | OFFICE FLOORING | 6/27/18 | 4,208 | 108 | 108 |
| 6 | FLOORING INSTALL | 7/09/18 | 5,304 | 136 | 136 |
| 7 | FLOORING INSTALL | 10/18/18 | 9,560 | 246 | 246 |
| 8 | FLOORING | 9/25/18 | 6,554 | 168 | 168 |
| | | | 36,703 | 658 | 658 |
| | **Grand Totals** | | 36,703 | 658 | 658 |

CELE9130 05/28/2023 9:17 AM

| Form **1120-S** | Schedule K-1 Summary Worksheet | **2021** |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| CELEBRATION TITLE GROUP LLC | 81-1819130 |

Shareholder Name: AMANDA C. DOUGLAS        SSN/EIN

Column A
Column B
Column C
Column D

| | Schedule K Items | Column A | Column B | Column C | Column D | SCH K TOTAL |
|---|---|---|---|---|---|---|
| 1 | Ordinary income | 124,961 | | | | 124,961 |
| 2 | Net rental RE inc | | | | | |
| 3c | Net other rental inc | | | | | |
| 4 | Interest income | | | | | |
| 5a | Ordinary dividends | | | | | |
| 5b | Qualified dividends | | | | | |
| 6 | Royalties | | | | | |
| 7 | Net ST capital gain | | | | | |
| 8a | Net LT capital gain | | | | | |
| 8b | Collectibles 28% gain | | | | | |
| 8c | Unrecap Sec 1250 | | | | | |
| 9 | Net Sec 1231 gain | | | | | |
| 10 | Other income (loss) | | | | | |
| 11 | Sec 179 deducion | | | | | |
| 12a | Contributions | 817 | | | | 817 |
| 12b | Invest interest exp | | | | | |
| 12c | Sec 59(e)(2) exp | | | | | |
| 12d | Other deductions | | | | | |
| 13a | Low-inc house 42j5 | | | | | |
| 13b | Low-inc house other | | | | | |
| 13c | Qualif rehab exp | | | | | |
| 13d | Rental RE credits | | | | | |
| 13e | Other rental credits | | | | | |
| 13f | Biofuel credit | | | | | |
| 13g | Other credits | | | | | |
| 15a | Depr adjustment | | | | | |
| 15b | Adjusted gain (loss) | | | | | |
| 15c | Depletion | | | | | |
| 15d | Inc-oil/gas/geoth | | | | | |
| 15e | Ded-oil/gas/geoth | | | | | |
| 15f | Other AMT items | | | | | |
| 16a | Tax-exempt interest | | | | | |
| 16b | Other tax-exempt | | | | | |
| 16c | Nonded expense | 72,110 | | | | 72,110 |
| 16d | Distributions | 28,802 | | | | 28,802 |
| 16e | Shr loan repmts | | | | | |
| 16f | Foreign taxes | | | | | |
| 17a | Investment income | | | | | |
| 17b | Investment expense | | | | | |
| 18 | Income (loss) | 124,144 | | | | 124,144 |

CELE9130 06/28/2023 9:17 AM

| Form **1120-S** | **Retained Earnings Reconciliation Worksheet** | | **2021** |
|---|---|---|---|
| | For calendar year 2021 or tax year beginning | , ending | |

| Name | Employer Identification Number |
|---|---|
| CELEBRATION TITLE GROUP LLC | 81-1819130 |

## Schedule L - Retained Earnings

| | |
|---|---|
| Retained Earnings - Unappropriated (Accumulated E&P) | 0 |
| Accumulated Adjustments Account | -119,488 |
| Undistributed Previously Taxed Income | 0 |
| Other Adjustments Account | 0 |
| Retained Earnings Timing Differences | -50,537 |
| Schedule L, Line 24 - Retained Earnings | -170,025 |

## Schedule M-2 - Retained Earnings

| | Accumulated Adjustments Account | Undistributed Previously Taxed Income | Accumulated Earnings and Profits | Other Adjustments Account | Retained Earnings Timing Differences | Total Retained Earnings |
|---|---|---|---|---|---|---|
| Beginning of Year | -171,522 | 0 | 0 | 0 | -21,735 | -193,257 |
| Ordinary Income (Loss) | 124,961 | | | | | 124,961 |
| Other Additions | | | | | | |
| Other Reductions | 72,927 | | | | | 72,927 |
| Distributions | | | | | 28,802 | 28,802 |
| End of Year | -119,488 | 0 | 0 | 0 | -50,537 | -170,025 |

CELE9130  CELEBRATION TITLE GROUP LLC
81-1819130                      **Federal Statements**                  6/28/2023  9:17 AM
FYE: 12/31/2021

### Form 1120-S, Retained Earnings Reconciliation Worksheet, AAA - Other Reductions

| Description | Amount |
|---|---|
| TRAVEL & ENTERTAINMENT | $ 72,110 |
| CHARITABLE CONTRIBUTIONS | 817 |
| TOTAL | $ 72,927 |

CELE9130 06/28/2023 9:17 AM

| | Electronic Filing - PDF Attachment Worksheet | 2021 |
|---|---|---|
| Form **1120/ 1120-S** | For calendar year 2021 or tax year beginning , ending | |

| Name | Employer Identification Number |
|---|---|
| CELEBRATION TITLE GROUP LLC | 81-1819130 |

| Title | Attachment Source | Proforma |
|---|---|---|
| AUTOMATICALLY ATTACHED TO RETURN SECTION 199A INFORMATION WORKSHEET | SECTION199AINFORMATIONWORKSHEET.PDF | |
| SHAREHOLDER SECTION 199A INFORMATION WORKSHEET | SHAREHOLDERSECTION199AINFORMATIONWORKSHEET.PDF | |

CELE9130 06/28/2023 9:17 AM

| Form **1120-S** | Two Year Comparison Worksheet Page 1 | **2020 & 2021** |
|---|---|---|

| Name | | Employer Identification Number |
|---|---|---|
| CELEBRATION TITLE GROUP LLC | | 81-1819130 |

| | | 2020 | 2021 | Differences |
|---|---|---|---|---|
| **Income** | Gross profit percentage | 100.0000 | 100.0000 | |
| | Net receipts | 5,226,610 | 4,613,653 | -612,957 |
| | Cost of goods sold | | | |
| | Gross profit | 5,226,610 | 4,613,653 | -612,957 |
| | Net gain (loss) from Form 4797 | | | |
| | Other income (loss) | 3,359 | | -3,359 |
| | Total income (loss) | 5,229,969 | 4,613,653 | -616,316 |
| **Deductions** | Compensation of officers | 182,161 | 115,208 | -66,953 |
| | Salaries and wages less employment credits | 2,529,660 | 2,944,182 | 414,522 |
| | Repairs and maintenance | 17,742 | 9,836 | -7,906 |
| | Bad debts | | | |
| | Rents | 164,929 | 42,936 | -121,993 |
| | Taxes and licenses | 147,486 | 85,375 | -62,111 |
| | Interest | 7,475 | 2,844 | -4,631 |
| | Depreciation | 657 | 657 | |
| | Depletion | | | |
| | Advertising | 123,875 | 95,704 | -28,171 |
| | Pension, profit-sharing, etc., plans | | 144,393 | 144,393 |
| | Employee benefit programs | 195,637 | 97,821 | -97,816 |
| | Other deductions | 1,838,612 | 949,736 | -888,876 |
| | Total deductions | 5,208,234 | 4,488,692 | -719,542 |
| | Ordinary business income (loss) | 21,735 | 124,961 | 103,226 |
| **Tax and Payments** | Excess net passive income or LIFO recapture tax | | | |
| | Tax from Schedule D | | | |
| | Total tax | 0 | 0 | 0 |
| | Estimated tax and prior year overpayment credited | | | |
| | Tax deposited with Form 7004 | | | |
| | Credit for federal tax paid on fuels | | | |
| | Refund applied for on Form 4466 | ( | )( | ) |
| | Total payments and credits | | | |
| | Tax due (overpayment) | 0 | 0 | 0 |
| | Estimated tax penalty from Form 2220 | | | |
| | Penalties and interest | | | |
| | Net tax due (overpayment) | 0 | 0 | 0 |
| | Overpayment credited to next year's estimated tax | | | |
| | Overpayment refunded | | | |

CELE9130 06/28/2023 9:17 AM

| Form **1120-S** | Two Year Comparison Worksheet Page 2 | 2020 & 2021 |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| CELEBRATION TITLE GROUP LLC | 81-1819130 |

| | | 2020 | 2021 | Differences |
|---|---|---|---|---|
| **Income (Loss)** | Ordinary business income (loss) | 21,735 | 124,961 | 103,226 |
| | Net rental real estate income (loss) | | | |
| | Other net rental income (loss) | | | |
| | Interest income | | | |
| | Dividends | | | |
| | Royalties | | | |
| | Net short-term capital gain (loss) | | | |
| | Net long-term capital gain (loss) | | | |
| | Net Section 1231 gain (loss) | | | |
| | Other income (loss) | | | |
| **Deductions** | Section 179 deduction | | | |
| | Charitable contributions | 7,899 | 817 | -7,082 |
| | Investment interest expense | | | |
| | Section 59(e)(2) expenditures | | | |
| | Other deductions | | | |
| **Credits** | Low-income housing credit (Section 42(j)(5)) | | | |
| | Low-income housing credit (other) | | | |
| | Qualified rehabilitation expenditures (rental real estate) | | | |
| | Other rental real estate credits | | | |
| | Other rental credits | | | |
| | Biofuel producer credit | | | |
| | Other credits | | | |
| **AMT Items** | Post-1986 depreciation adjustment | | | |
| | Adjusted gain or loss | | | |
| | Depletion (other than oil and gas) | | | |
| | Oil, gas, and geothermal properties-gross income | | | |
| | Oil, gas, and geothermal properties-deductions | | | |
| | Other AMT items | | | |
| **Items Affecting S/H Basis** | Tax-exempt interest income | | | |
| | Other tax-exempt income | | | |
| | Nondeductible expenses | 98,182 | 72,110 | -26,072 |
| | Distributions | 21,735 | 28,802 | 7,067 |
| | Repayment of loans from shareholders | | | |
| | Foreign taxes paid or accrued | | | |
| **Other Information** | Investment income | | | |
| | Investment expenses | | | |
| | Dividend distributions paid from accumulated E&P | | | |
| | Income (loss) (if Schedule M-1 is required) | 13,836 | 124,144 | 110,308 |

CELE9130 06/26/2023 9:17 AM

| Form **1120-S** | Two Year Comparison Worksheet Page 3 | **2020 & 2021** |
|---|---|---|

| Name | | Employer Identification Number |
|---|---|---|
| CELEBRATION TITLE GROUP LLC | | 81-1819130 |

| | | 2020 | 2021 | Differences |
|---|---|---|---|---|
| Schedule L | Beginning assets | 2,653,637 | 7,152,105 | 4,498,468 |
| | Beginning liabilities and equity | 2,653,637 | 7,152,105 | 4,498,468 |
| | Ending assets | 7,152,105 | 8,017,530 | 865,425 |
| | Ending liabilities and equity | 7,152,105 | 8,017,530 | 865,425 |
| Schedule M-1 | Net income (loss) per books | -84,346 | 52,034 | 136,380 |
| | Taxable income not on books | | | |
| | Book expenses not deducted | 98,182 | 72,110 | -26,072 |
| | Income on books not on return | | | |
| | Return deductions not on books | | | |
| | Income (loss) per return | 13,836 | 124,144 | 110,308 |
| Schedule M-2 AAA | Balance at beginning of year | -87,176 | -171,522 | -84,346 |
| | Ordinary income (loss) from page 1 | 21,735 | 124,961 | 103,226 |
| | Other additions | | | |
| | Other reductions | 106,081 | 72,927 | -33,154 |
| | Distributions | | | |
| | Balance at end of year | -171,522 | -119,488 | 52,034 |
| Schedule M-2 PTI | Balance at beginning of year | | | |
| | Distributions | | | |
| | Balance at end of year | | | |
| Schedule M-2 E&P | Balance at beginning of year | | | |
| | Distributions | | | |
| | Balance at end of year | | | |
| Schedule M-2 OAA | Balance at beginning of year | | | |
| | Other additions | | | |
| | Other reductions | | | |
| | Distributions | | | |
| | Balance at end of year | | | |
| Schedule M-3 | Total income (loss) items: | | | |
| | Income (loss) per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Income (loss) per tax return | | | |
| | Total expense/deduction items: | | | |
| | Expense per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Deduction per tax return | | | |
| | Other items with no differences: | | | |
| | Income (loss) per income statement | | | |
| | Income (loss) per tax return | | | |
| | Reconciliation totals: | | | |
| | Income (loss) per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Income (loss) per tax return | | | |

CELE9130 08/28/2023 9:17 AM

| Form **1120-S** | | Tax Return History Report Page 1 | | | **2021** |
|---|---|---|---|---|---|

| Name | | | | Employer Identification Number |
|---|---|---|---|---|
| CELEBRATION TITLE GROUP LLC | | | | 81-1819130 |

| | | | | 2020 | 2021 | 2022 PROJECTED |
|---|---|---|---|---|---|---|
| Net receipts | | | | 5,226,610 | 4,613,653 | 4,613,653 |
| Cost of goods sold | | | | | | |
| Gross profit | | | | 5,226,610 | 4,613,653 | 4,613,653 |
| Gross profit percentage | | | | 100.0000 | 100.0000 | 100.0000 |
| Other income (loss) | | | | 3,359 | | |
| Total income (loss) | | | | 5,229,969 | 4,613,653 | 4,613,653 |
| Officer compensation | | | | 182,161 | 115,208 | 115,208 |
| Salaries and wages | | | | 2,529,660 | 2,944,182 | 2,944,182 |
| Bad debts | | | | | | |
| Taxes and licenses | | | | 147,486 | 85,375 | 85,375 |
| Interest | | | | 7,475 | 2,844 | 2,844 |
| Depreciation | | | | 657 | 657 | 657 |
| Depletion (other than oil and gas) | | | | | | |
| Pension and employee benefits | | | | 195,637 | 242,214 | 242,214 |
| Other deductions | | | | 2,145,158 | 1,098,212 | 1,098,212 |
| Total deductions | | | | 5,208,234 | 4,488,692 | 4,488,692 |
| Ordinary business income (loss) | | | | 21,735 | 124,961 | 124,961 |





CELEB130 06/26/2023 9:17 AM

| Form 1120-S | | | Tax Return History Report Page 2 | | | 2021 |
|---|---|---|---|---|---|---|

Name
**CELEBRATION TITLE GROUP LLC**

Employer Identification Number
81-1819130

| | | | | 2020 | 2021 | 2022 PROJECTED |
|---|---|---|---|---|---|---|
| Ordinary business income (loss) | | | | 21,735 | 124,961 | 124,961 |
| Net rental income (loss) | | | | | | |
| Interest, dividends and royalties | | | | | | |
| Net capital gain (loss) | | | | | | |
| Net Section 1231 gain (loss) | | | | | | |
| Other income (loss) | | | | | | |
| Section 179 deduction | | | | | | |
| Charitable contributions | | | | 7,899 | 817 | 817 |
| Other deductions | | | | | | |
| Foreign taxes paid or accrued | | | | | | |
| S Corporation taxable income (loss) | | | | 13,836 | 124,144 | 124,144 |
| Total assets | | | | 7,152,105 | 8,017,530 | |
| Total liabilities | | | | 7,345,362 | 8,187,555 | |
| Net equity | | | | -193,257 | -170,025 | |
| S Corporation book income (loss) | | | | -84,346 | 52,034 | |
| Accumulated earnings & profits | | | | | | |
| Accumulated adjustments account | | | | -171,522 | -119,488 | |
| Retained earnings timing differences | | | | -21,735 | -50,537 | |
| Distributions from S Corporation earnings | | | | 21,735 | 28,802 | |
| Dividend distributions | | | | | | |



Total Assets



Total Liabilities



Accumulated Adjustments Account



Distributions

CELE9130 06/28/2023 9:17 AM

## Shareholder's Basis Worksheet Page 1

| Form **1120-S** | | **2021** |
|---|---|---|
| Schedule **K-1** | For calendar year 2021 or tax year beginning _____ , ending _____ | |

Name CELEBRATION TITLE GROUP LLC
AMANDA C. DOUGLAS

Taxpayer Identification Number 81-1819130

### Stock Basis

| | | |
|---|---|---:|
| 1. | Beginning of year stock basis | 0 |
| 2. | Capital contributions | |
| | **Additions:** | |
| 3. | Ordinary business income | 124,961 |
| 4. | Net rental income | |
| 5. | Interest, dividends, royalties and net capital gains | |
| 6. | Net Section 1231 gain | |
| 7. | Tax-exempt interest and other income | |
| 8. | Other income | |
| 9. | Gain on disposal of Section 179 assets | |
| | Total of line 3 through line 9 | 124,961 |
| 10. | Other increases | |
| 11. | Subtotal (Add line 1 through line 10) | 124,961 |
| | **Subtractions:** | |
| 12. | Distributions | 28,802 |
| 13. | Total losses and deductions applied against stock basis (See Shareholder's Basis Worksheet Page 2) | 80,826 |
| 14. | Other decreases | |
| 15. | Amount used to restore loan basis | |
| 16. | End of year stock basis (Subtract the sum of lines 12 through 15 from line 11) | 15,333 |

### Loan Basis

| | | |
|---|---|---:|
| 17. | Beginning of year loan basis | |
| 18. | Loans to corporation | |
| 19. | Loan basis restored - amount used in prior years to offset losses | |
| 20. | Other increases | |
| 21. | Loan repayments | |
| 22. | Total losses and deductions applied against loan basis (See Shareholder's Basis Worksheet Page 2) | |
| 23. | Other decreases | |
| 24. | End of year loan basis (Subtract the sum of lines 21 through 23 from the sum of lines 17 through 20) | 0 |
| 25. | End of year stock and loan basis (Add line 16 and line 24) | 15,333 |
| | Principal amount of loan owed to shareholder at end of the year | 0 |

### Gain Recognized on Excess Distributions

| | | |
|---|---|---:|
| 26. | Distributions | 28,802 |
| 27. | Stock basis before distributions and loss items | 124,961 |
| 28. | Gain recognized on excess distributions (Subtract line 27 from line 26) | * 0 |

### Gain Recognized on Repayment of Shareholder Loan

| | | |
|---|---|---:|
| 29. | Loan basis at beginning of tax year | |
| 30. | Loan basis restored - amount used in prior years to offset losses | |
| 31. | Loan basis before loan repayment (Add line 29 and line 30) | |
| 32. | Shareholder loan at beginning of tax year | |
| 33. | Loan repayments to shareholder during tax year | |
| 34. | Nontaxable return of loan basis ((Line 31 divided by line 32) multiplied by line 33) | |
| 35. | Gain recognized on repayment of shareholder loan (Subtract line 34 from line 33) | |

**\* NO GAIN RECOGNIZED IN CURRENT YEAR.**

Note to shareholder: This worksheet was prepared based on corporation records. Please consult with your tax advisor for adjustments.

CELE9130 08/28/2023 9:17 AM

| Form **1120-S** Schedule K-1 | Shareholder's Basis Worksheet Page 2 | | | 2021 |
|---|---|---|---|---|
| | For calendar year 2021 or tax year beginning | ending | | |

Name
CELEBRATION TITLE GROUP LLC
AMANDA C. DOUGLAS

Taxpayer Identification Number
81-1819130

## Loss Allocated to Stock and Loan Basis

| | Suspended Losses | Current Year Loss | Total Loss | Percent | Allowed Stock Loss | Disallowed Loss | Percent | Allowed Loan Loss | Loss to Carryforward | Total Allowed Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| Nondeductible noncap expenses | | 72,110 | 72,110 | 100.00 | 72,110 | | | | | 72,110 |
| Deductible items: | | | | | | | | | | |
| Ordinary business loss | | | | | | | | | | |
| Net rental real estate loss | | | | | | | | | | |
| Other net rental loss | | | | | | | | | | |
| Short-term capital loss | | | | | | | | | | |
| Long-term capital loss | | | | | | | | | | |
| Net Section 1231 loss | | | | | | | | | | |
| Other portfolio loss | | | | | | | | | | |
| Other losses | | | | | | | | | | |
| Section 179 expense | | | | | | | | | | |
| Cash contributions (60%) | 7,899 | 817 | 8,716 | 100.00 | 8,716 | | | | | 8,716 |
| Cash contributions (30%) | | | | | | | | | | |
| Noncash contributions (50%) | | | | | | | | | | |
| Qual conserv contrib (50%) | | | | | | | | | | |
| Noncash contributions (30%) | | | | | | | | | | |
| Cap gain prop 50% org (30%) | | | | | | | | | | |
| Cap gain prop (20%) | | | | | | | | | | |
| Qual conserv contrib (100%) | | | | | | | | | | |
| Qual cash contribution | | | | | | | | | | |
| Portfolio deductions | | | | | | | | | | |
| Investment interest expense | | | | | | | | | | |
| Deductions-royalty income | | | | | | | | | | |
| Section 59(e)(2) expend | | | | | | | | | | |
| Preproductive period exp | | | | | | | | | | |
| Reforestation expense ded | | | | | | | | | | |
| Other deductions | | | | | | | | | | |
| Foreign taxes | | | | | | | | | | |
| Loss on disposal of 179 assets | | | | | | | | | | |
| Total deductible items | 7,899 | 817 | 8,716 | 100.00 | 8,716 | | | | | 8,716 |
| Total nonded and deductible items | 7,899 | 72,927 | 80,826 | | 80,826 | | | | | 80,826 |

Note to shareholder: This worksheet was prepared based on corporation records. Please consult with your tax advisor for adjustments.

CELE9130  CELEBRATION TITLE GROUP LLC
81-1819130
FYE: 12/31/2021

**Federal Statements**

6/28/2023  9:17 AM

### Form 1120-S, Page 1, Line 12 - Taxes and Licenses

| Description | Amount |
|---|---|
| LICENSES | $      1,836 |
| PAYROLL TAXES | 83,497 |
| TAXES & LICENSES - OTHER | 42 |
| TOTAL | $     85,375 |

### Form 1120-S, Page 1, Line 18 - Employee Benefit Programs

| Description | Amount |
|---|---|
| EMPLOYEE BENEFIT PROGRAM | $     97,821 |
| TOTAL | $     97,821 |

### Form 1120-S, Page 3, Schedule K, Line 16c - Nondeductible Expenses

| Description | Amount |
|---|---|
| ENTERTAINMENT | $     72,110 |
| TOTAL | $     72,110 |

### Form 1120-S, Page 4, Schedule L, Line 20 - Mortgages, Notes, Bonds Payable in One Year or More

| Description | Beginning of Year | End of Year |
|---|---|---|
| SBAD LOAN | $    159,900 | $    158,438 |
| TOTAL | $    159,900 | $    158,438 |

# Celebration Title Group, LLC

## Profit and Loss
### January - December 2023

|  | TOTAL |
|---|---:|
| Income |  |
| Income from files | 1,338,659.52 |
| Legal Income | 68,053.50 |
| Uncategorized Income | 2,869,354.22 |
| **Total Income** | **$4,276,067.24** |
| GROSS PROFIT | **$4,276,067.24** |
| Expenses |  |
| Advertising & marketing | -2,518.04 |
| Events | 13,787.90 |
| Print | 10,057.77 |
| Radio | 9,804.66 |
| **Total Advertising & marketing** | **31,132.29** |
| Ask my Accountant | -481,248.70 |
| Contract labor (Notaries) | 300.00 |
| Cost of Labor | 150.00 |
| Employee benefits |  |
| Leadership life insurance | 23,732.08 |
| **Total Employee benefits** | **23,732.08** |
| Employee Reimbursements | 2,442.44 |
| Entertainment with clients | 30.00 |
| Equipment rental | 3,687.39 |
| General business expenses |  |
| Bank fees & service charges | 5,301.57 |
| Memberships & subscriptions | 46,317.08 |
| Marketing Subscriptions | 119.52 |
| Operating Subscriptions | 3,895.49 |
| Sales Memberships | 1,436.94 |
| **Total Memberships & subscriptions** | **51,769.03** |
| **Total General business expenses** | **57,070.60** |
| Gifts |  |
| Client | 881.65 |
| Employee | 69.53 |
| **Total Gifts** | **951.18** |
| Insurance | 23,444.83 |
| E & O | 31,960.26 |
| Liability insurance | 6,426.00 |
| **Total Insurance** | **61,831.09** |
| Learning and Development | 1,090,632.95 |
| Notary Stamps | 379.21 |
| **Total Learning and Development** | **1,091,012.16** |
| Legal & accounting services | 10,000.00 |

# Celebration Title Group, LLC

## Profit and Loss

### January - December 2023

| | TOTAL |
|---|---|
| Meals | 133,230.06 |
| Office expenses | 56,048.92 |
| IT | 5,414.54 |
| Office Cleaning | 375.00 |
| Office Equipments | 6,518.62 |
| Office Snacks/Lunches | 1,391.32 |
| Office supplies | 18,436.29 |
| Shipping & postage | 4,632.05 |
| Shredding | 5,979.30 |
| Software & apps | 1,520.00 |
| Accounting Software | 23,946.79 |
| Operating Software | 33,525.59 |
| Sales Software | 30,690.91 |
| **Total Software & apps** | **89,683.29** |
| **Total Office expenses** | **188,479.33** |
| Payroll expenses | 5,097.60 |
| Tolls/Gas/Parking | 1,588.65 |
| Wages | 4,131,129.96 |
| **Total Payroll expenses** | **4,137,816.21** |
| QuickBooks Payments Fees | 1,202.65 |
| Recording Fees | 25.60 |
| Rent | 82,694.55 |
| Daytona | 3,169.65 |
| Oviedo | 45,049.49 |
| **Total Rent** | **130,913.69** |
| Repairs & maintenance | 4,614.63 |
| Taxes paid | |
| Payroll taxes | 745.23 |
| **Total Taxes paid** | **745.23** |
| Tolls and Parking | 194.80 |
| Travel | 498.72 |
| Uncategorized Expense | 44,164.22 |
| Utilities | 27,895.04 |
| Dr. Phillips | |
| Electricity | 650.87 |
| Internet | 885.04 |
| **Total Dr. Phillips** | **1,535.91** |
| Oviedo | |
| Water | 502.45 |
| **Total Oviedo** | **502.45** |
| Phone Service | 4,560.48 |

# Celebration Title Group, LLC

### Profit and Loss

January - December 2023

| | TOTAL |
|---|---|
| Security Systems | 9,860.26 |
| Winter Haven | |
| Electricity | 9,164.23 |
| Internet | 335.04 |
| **Total Winter Haven** | **9,499.27** |
| **Total Utilities** | **53,853.41** |
| **Total Expenses** | **$5,496,829.08** |
| NET OPERATING INCOME | **$ -1,220,761.84** |
| Other Income | |
| Other income | |
| Credit card rewards | 3,830.27 |
| **Total Other income** | **3,830.27** |
| **Total Other Income** | **$3,830.27** |
| NET OTHER INCOME | **$3,830.27** |
| NET INCOME | **$ -1,216,931.57** |

# Celebration Title Group, LLC

## Balance Sheet

As of December 31, 2023

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| CTG Marketing Account (6079) | 18,812.35 |
| CTG Operating Account (5307) | -1,036,515.20 |
| CTG Operating Account Regions (3221) | 15,480.06 |
| CTG Recording Account (4490) | -27,797.30 |
| EMD Account (0125) | 4,501,208.81 |
| **Total Bank Accounts** | **$3,471,188.72** |
| Accounts Receivable | |
| Accounts Receivable (A/R)- AIT | -5,741.06 |
| Accounts Receivable (A/R)- Franchise | 112.35 |
| Accounts Receivable (A/R)- HBN | -35,000.00 |
| Accounts Receivable (A/R)- MRK | -5,288.01 |
| Legal Invoices (QCD etc) | 31,570.00 |
| **Total Accounts Receivable** | **$ -14,346.72** |
| Other Current Assets | |
| Payments to deposit | 13,341.00 |
| Uncategorized Asset | 110,001.47 |
| **Total Other Current Assets** | **$123,342.47** |
| **Total Current Assets** | **$3,580,184.47** |
| Fixed Assets | |
| Long-term office equipment | 2,500.00 |
| Computers & tablets | 12,236.94 |
| Fixtures/Decor | 42,629.02 |
| Furniture | 87,777.17 |
| Phones | 20.00 |
| Photo & video equipment | 5,571.07 |
| **Total Long-term office equipment** | **150,734.20** |
| Purchase Lake Wales Title | 73,347.23 |
| Repairs to Buildings | 82,141.56 |
| **Total Fixed Assets** | **$306,222.99** |
| Other Assets | |
| Security Deposit on lease | |
| Colonial | 11,000.00 |
| Dr. Phillips | 3,332.82 |
| Oviedo | 4,952.25 |
| **Total Security Deposit on lease** | **19,285.07** |
| **Total Other Assets** | **$19,285.07** |
| **TOTAL ASSETS** | **$3,905,692.53** |

# Celebration Title Group, LLC

## Balance Sheet

As of December 31, 2023

| | TOTAL |
|---|---:|
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 0.00 |
| **Total Accounts Payable** | **$0.00** |
| Credit Cards | |
| AMEX (3007) | -328,817.11 |
| AMEX (6006) | -504,400.16 |
| Bank Of America Credit Card | -11,123.28 |
| Business Chase Card | -32,425.08 |
| **Total Credit Cards** | **$ -876,765.63** |
| **Total Current Liabilities** | **$ -876,765.63** |
| Long-Term Liabilities | |
| BB&T Loan | -68,369.91 |
| Client Escrow Account (5323) | 840,211.05 |
| Deposit into EMD Holding Account | 7,641,975.59 |
| Due from AIT | 278,127.19 |
| Due from HBN | -98,869.05 |
| Samson Loan | 478,063.86 |
| SBAD Loan | 1,385,283.16 |
| Transfers to Escrow Accounts (EMD) | |
| Transfer to AIT 0806 | -375,562.31 |
| Transfer to CTG 5323 | -2,269,532.00 |
| Transfer to HBN 5412 | -434,672.11 |
| Transfer to HST 7930 | -164,937.26 |
| **Total Transfers to Escrow Accounts (EMD)** | **-3,244,703.68** |
| **Total Long-Term Liabilities** | **$7,211,718.21** |
| **Total Liabilities** | **$6,334,952.58** |
| Equity | |
| Opening balance equity | -97,882.55 |
| Owner Contribution | 55,000.00 |
| Owner draws | -257,092.42 |
| College Fund | -50,500.00 |
| Health insurance premiums | -9,400.00 |
| Vehicle Expenses | -1,204.25 |
| Vehicle insurance | 735.18 |
| Vehicle leases | -9,464.57 |
| **Total Vehicle Expenses** | **-9,933.64** |
| **Total Owner draws** | **-326,926.06** |
| Retained Earnings | -842,519.87 |

# Celebration Title Group, LLC

Balance Sheet

As of December 31, 2023

|  | TOTAL |
|---|---|
| Net Income | -1,216,931.57 |
| **Total Equity** | **$ -2,429,260.05** |
| **TOTAL LIABILITIES AND EQUITY** | **$3,905,692.53** |